**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**NORTHERN DIVISION**

| | |
|---|---|
| BENJAMIN J. ARUCHULETA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARY JANE McNAMEE,<br><br>　　　　Defendant. | **ORDER DISMISSING CIVIL RIGHTS COMPLAINT**<br><br>Case No. 1:07-cv-52-WFD<br><br>Judge William F. Downes |

　　　　Mr. Archuleta brought this 42 U.S.C. § 1983 prisoner civil rights action against Mary Jane McNamee, the Courtroom Deputy for Chief Judge Tena Campbell, U.S. District Court for the District of Utah. As a result, each of the Judges sitting in the U.S. District Court for the District of Utah filed orders of recusal, thus removing themselves as judges in the matter. Consequently, the case was reassigned to this Court.

　　　　This Court is mindful of the duty to liberally construe the pleadings of pro se litigants. *Haines v. Kerner*, 404 U.S. 519, 520 (1972). Nevertheless, the Court is unable to decipher precisely what Mr. Archuleta is alleging and finds Mr. Archuleta's complaint to be nonsensical.

　　　　Furthermore, Mr. Archuleta has failed to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2); Fed.R.Civ.P 12(b)(6). Those performing ministerial acts at the direction of a judge are entitled to absolute immunity. *Whitesel v. Sengenberger*, 222 F.3d 861, 867-69 (10th Cir. 2000). Ms. McNamee, as a courtroom deputy, falls within this provision. Therefore, the Court finds that Mr. Archuleta's complaint should be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's civil rights complaint is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

DATED this   1st   day of August, 2007.

_____
United States District Judge